**Order entered August 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00774-CV

**BONNIE ALLEN-PIERONI, Appellant**

**V.**

**MARC JOHN PIERONI, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02065-2014**

## ORDER

We **GRANT** the August 4, 2015 motion of Sheri Vecera, Official Court Reporter for the 199th Judicial District Court, for an extension of time to file the reporter's record. Ms. Vecera shall file the reporter's record by **SEPTEMBER 8, 2015**.

/s/ ELIZABETH LANG-MIERS
   JUSTICE